# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kerim Escobar-Diaz, | No. CV-25-04889-PHX-SHD (JZB) |
| Petitioner, | **ORDER** |
| v. | |
| John Cantu, et al., | |
| Respondents. | |

Petitioner Kerim Escobar-Diaz filed a Petition for Writ of Habeas Corpus Under § 2241. (Doc. 1.) The Court will order Respondents1to show cause why the Petition should not be granted.

**I.   Background**

Petitioner is a citizen of Guatemala who entered the United States in 2004. (Doc. 1 ¶ 23.) Following a conviction for driving under the influence in 2013, Petitioner was detained by ICE and subsequently released on bond in August 2014. (*Id.* ¶ 24.) Petitioner's bond remains in effect and has not been revoked. (*Id.* ¶ 32.) Petitioner's removal proceedings were terminated in 2016 and reopened in June 2025. (*Id.* ¶¶ 33-34.) Petitioner was detained in October 2025 without notice or explanation for his redetention. (*Id.* ¶ 35.) Petitioner alleges his present detention is not authorized under § 1226(a) and is violative of his due process rights because he was entitled to a pre-deprivation hearing before being redetained. Petitioner seeks release from custody.

///

## II. Order to Show Cause

Petitioner alleges that he was released on bond in 2014 and his bond was never revoked or cancelled. (Doc. 1 ¶ 32.) The Court will direct Respondents to show cause why the Petition should not be granted, and Petitioner should be released from immigration detention. This response must delineate the process by which Respondents purported to redetain Petitioner (and, if applicable, revoke his bond) and must be supported by documentary evidence including, if applicable, affidavits by individuals with personal knowledge of the factual statements made therein and signed under penalty of perjury.

**IT IS THEREFORE ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

(2) If not already issued, the Clerk's Office must issue any properly completed summonses.

(3) The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

(4) Respondents must show cause no later than **January 12, 2026** why the Petition should not be granted. Petitioner may file a reply no later than **January 14, 2026**.

Dated this 5th day of January, 2026.

_____
Honorable Sharad H. Desai
United States District Judge